**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 27, 2014

Mr. Daniel T. Ellis
Lydy & Moan
4930 Holland Sylvania Road
Sylvania, OH 43560

Mr. Adam Wade Loukx
City of Toledo
640 Jackson Street
Suite 2250, One Government Center
Toledo, OH 43604

Re: Case No. 14-4050, *Shawn Northrup v. City of Toledo Police Dept, et al*
Originating Case No. : 3:12-cv-01544

Dear Counsel,

This appeal has been docketed as case number **14-4050** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **November 10, 2014**.

Appellant: Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Transcript Order
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee: Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Amy E. Gigliotti
Case Manager
Direct Dial No. 513-564-7012


Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 14-4050

SHAWN NORTHRUP

    Plaintiff - Appellee

v.

CITY OF TOLEDO POLICE DEPARTMENT; DAVID R. BRIGHT; DANIEL RAY

    Defendants - Appellants

 and

DONALD COMES

    Defendant