UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: __14-4050__

Case Name: Shawn Northrup vs. City of Toledo Police Dept. et al

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

1. City of Toledo
2. Officer Donald Comes
3. Officer David Bright
4. Sergeant Daniel Ray

☑ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor      (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.   ☑ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

Name: John T. Madigan          Admitted: March 31, 1994
                                (Sixth Circuit admission date only)

Signature: _/s/ John T. Madigan_

Firm Name: City of Toledo, Law Department

Business Address: One Government Center

Suite: 2250   City/State/Zip: Toledo, Ohio 43604

Telephone Number (Area Code): (419) 245-1020

Email Address: John.Madigan@toledo.oh.gov

---

CERTIFICATE OF SERVICE

I certify that on November 7, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ John T. Madigan

---

6ca-68
8/14