# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __14-4050__

Case Name: __Shawn Northrup v. City of Toledo Police Dept.,et al__

Is this case a cross appeal?  ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☐ Yes  ☑ No
If yes, state:
  Case Name: _____ Citation: _____
  Was that case mediated through the court's program?  ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is taken against the plaintiff, Shawn Northrup. The issues appellant intends to raise are:
1. Whether Officer Bright and Sergeant Ray are entitled to qualified immunity on the plaintiff's fourth amendment claim of unconstitutional search and seizure.
2. Whether Officer Bright and Sergeant Ray are entitled to qualified immunity on the plaintiff's claim of excessive force as a result of an unconstitutional seizure.
3. Whether Officer Bright and Sergeant Ray are entitled to immunity under Ohio law for plaintiff's state law claims of assault, battery, wrongful arrest, malicious prosecution and punitive damages.

This is to certify that a copy of this statement was served on opposing counsel of record this __7th__ day of __November__, __2014__.

__John T. Madigan__
Name of Counsel for Appellant

6CA-53
Rev. 6/08