# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
# Appearance of Counsel

Sixth Circuit Case No.: __14-4050__

Case Name: Shawn Northrup vs. City of Toledo Police Department, et al.

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

Shawn Northrup

☐ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☑ Appellee    ☐ Respondent   ☐ Intervenor      (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.   ☑ Check if you are lead counsel

If you are substituting for another counsel, include that attorney's name here:
_____

Name: Daniel T. Ellis (0038555)       Admitted: February 17, 1989
                                      (Sixth Circuit admission date only)

Signature: _/s/ Daniel T. Ellis_

Firm Name: Lydy & Moan, Ltd

Business Address: 4930 N. Holland Sylvania Road

Suite: _____   City/State/Zip: Sylvania, Ohio 43560

Telephone Number (Area Code): (419) 882-7100 / (419) 517-7741

Email Address: dellis@lydymoan.com

---

**CERTIFICATE OF SERVICE**

I certify that on _November 10, 2014_ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ _Daniel T. Ellis_

---

6ca-68
8/14