OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE

PAUL B. CALICO
*Chief Circuit Mediator*
RODERICK M. MCFAULL
MARIANN YEVIN
ROBERT S. KAISER

100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330
FAX (513) 564-7349

November 10, 2014

Daniel T. Ellis, Esq.
John Thomas Madigan, Esq.
Adam Wade Loukx, Esq.

Re: *Shawn Northrup v. City of Toledo Police Dept, et al*, CA No. 14-4050

## NOTICE OF RESCHEDULED MEDIATION CONFERENCE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the **telephone mediation conference** previously set for November 25, 2014, has been rescheduled for **December 2, 2014 at 2:00 p.m.** EASTERN TIME.

Sincerely,

/s/

Connie A. Weiskittel
Mediation Administrator

cc: Robert S. Kaiser

**NOTE:** **The Mediation Background Information Forms are now due November 25, 2014 if not already submitted.**