OFFICE OF THE CIRCUIT MEDIATORS
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE

PAUL B. CALICO  100 EAST FIFTH STREET  TELEPHONE (513) 564-7330
*Chief Circuit Mediator*  CINCINNATI, OHIO 45202-3988  FAX (513) 564-7349
RODERICK M. MCFAULL  CA06-MEDIATION@CA6.USCOURTS.GOV
MARIANN YEVIN
ROBERT S. KAISER

November 10, 2014

Daniel T. Ellis, Esq.
John Thomas Madigan, Esq.
Adam Wade Loukx, Esq.

    Re: *Shawn Northrup v. City of Toledo Police Dept, et al*, CA No. 14-4050

Dear Counsel:

    Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the briefing schedule for this/these appeal(s) has been extended by **seven (7)** days. <u>The briefs must be filed electronically with the Clerk's Office no later than these dates</u>. The modified schedule is as follows:

| | |
|---|---|
| Appellant's Brief<br>Appendix (if required by<br>6th Cir. R. 30(a)) | **Filed electronically by <u>December 16, 2014</u>** |
| Appellee's Brief<br>Appendix (if required by<br>6th Cir. R. 30(a) and (c)) | **Filed electronically by <u>January 20, 2015</u>** |
| Appellant's Reply Brief<br>(Optional Brief) | Filed electronically **seventeen** days after the Appellee brief |

    For more detailed information concerning the filing of electronic briefs, please refer to your initial briefing letter sent to you from the Clerk's Office.

    The Federal Rules of Appellate Procedure, Sixth Circuit Rules, and relevant checklists are available at www.ca6.uscourts.gov. If you still have questions after reviewing the information on the web site, please contact the Clerk's Office <u>before</u> you file your briefs.

                                        Sincerely,

                                          /s/

                                        Robert S. Kaiser

mlb
cc:     Amy Gigliotti, Case Manager