# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 17, 2014

Mr. John Thomas Madigan
City of Toledo
One Government Center
Toledo, OH 43604

Re: Case No. 14-4050, *Shawn Northrup v. City of Toledo Police Dept, et al*
Originating Case No. : 3:12-cv-01544

Dear Counsel,

The brief which you submitted to the court does not comply with the Federal Rules of Appellate Procedure or Sixth Circuit Rules - the specific item or items to be corrected have been marked on the enclosed checklist.

The corrected brief must be filed by **January 5, 2015**. For docketing purposes when filing the corrected briefs, select the Event Category of "Briefing", followed by "corrected brief". If you have any questions, please contact the clerk's office for assistance.

Sincerely yours,

s/Amy E. Gigliotti
Case Manager
Direct Dial No. 513-564-7012

cc: Mr. Daniel T. Ellis
    Mr. Adam Wade Loukx

Enclosure

# CHECKLIST FOR BRIEFS

ECF FUNDAMENTALS:

___ Briefs filed ECF unless filer is pro se or attorney with a waiver for ECF filings
___ PDF format required
___ Native PDF format strongly preferred
___ In consolidated cases (excluding cross-appeals), appellants should **un-check** the case number(s) that is/are not their case. The appellant's brief should appear only on the docket of his/her specific appeal.
___ Parties who have joined in a notice of appeal shall file a single brief. Fed. R. App. P. 3(b)(1).

COVER OF BRIEF (Fed. R. App. P. 32(a)(2)):

___ Sixth Circuit case number
___ Heading: "United States Court of Appeals for the Sixth Circuit"
___ Title of case
___ Nature of proceeding and name of court, agency or board below
___ Title of brief (example "Appellant's Brief")
**XX** **Name(s) and address(es) of counsel filing the brief – please remove opposing counsel's information from the cover page.**

CONTENTS (Fed. R. App. P. 28, 6 Cir. R. 28):

___ Corporate Disclosure Form
**XX** **Table of Contents – captions for your arguments must be listed under section VIII: Law and Argument, not under section XI: Certificate of Service.**
___ Table of Authorities with page references (with cases alphabetically arranged, statutes and other authorities)
___ **Statement in support of oral argument** (if there is no statement, argument is waived)
***Page limitation, word or line count begins here. See Fed. R. App. P. 32(a)(7)
___ Jurisdictional statement
___ Statement of issues
**XX** **Statement of the case, setting out the relevant facts and history with references to the record – see table, next page.**

> **When referring to a district court record, the citation must include: (1) a brief description of the document; (2) the docket entry number of the document; and (3) the Page ID # range for the relevant pages. See 6 Cir. R. 28 for additional information on how to reference appendices or administrative records in other appeals. Examples:**
>
> **Motion for Summary Judgment, RE 24, Page ID # 120-145**
> **Transcript, RE 53, Page ID # 675-682**
> **Plea Agreement, R. 44, Page ID # 220-225**
> **A.R., RE 5, Page ID # 190-191, pp. 69-70**

___ Summary of argument

___ Argument **with references to record and citations to case law, statutes and other authorities**. The preferred format is that references and citations appear in the body of the text and not in footnotes.

___ Standard of review (for each issue which may appear in discussion of each issue or under separate heading placed before discussion of issues)

___ Signed conclusion
    Signature format is: s/(attorney's name)
    Graphic or other electronic signatures discouraged
***Page limitation, word or line count ends here

___ A Certificate of Compliance as required by Fed. R. App. P. 32(a)(7)(C)

___ Dated Certificate of Service

**XX_** **Designation of Relevant District Court Documents with Page ID # range**

___ Other Addendum contents allowed by Fed. R. App. P. 28(f) or 6 Cir. R. 28(b). Addendum may **not** contain any items from lower court record or appendix.

TYPEFACE AND LENGTH (See Fed. R. App. 32(a)(5) and (a)(7):

___ Typeface either proportionally-spaced font at 14 point (such as CG Times or Times New Roman) or monospaced font at 12 point (such as Courier New)

Times New Roman at 14 point    `Courier New at 12 point`

___ Length for principal briefs: 30 pages OR up to 14,000 words (proportional fonts) OR up to 1300 lines (monospaced font)

___ Length for reply brief: 15 pages OR up to 7,000 words (proportional fonts) OR up to 650 lines (monospaced font)

___ Briefs using the 14,000 word or 1300 line limits <u>must</u> include word or line count in certificate of compliance (see Fed. R. App. P. 32(a)(7)(C)).

___     Headings, footnote and quotations count toward word or line limitations
___     For Death Penalty briefs, see 6 Cir. R. 32(b)(2)
___     For Cross-Appeals, see Fed. R. App. P. 28.1
___     For Amicus briefs, see Fed. R. App. P. 29 and 32

MISCELLANEOUS:

___     Personal information must be redacted from the brief - see Fed. R. App. P. 25(a)(5) for specifics. When filing a brief, the ECF system will require attorneys to verify that personal information has been redacted.
___     Footnotes must be same sized text as body of brief.