**CASE NO. 14-4050**

*In the*

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**SHAWN NORTHRUP.,**
Plaintiff-Appellee,

vs.

**CITY OF TOLEDO, POLICE DIVISION,** *et al.*,
Defendants-Appellants.

On Appeal from the United States District Court
For the Northern District of Ohio
Western Division at Toledo
Judge Jeffrey J. Helmick
Case No. 3:12-CV-01544

---

**MOTION FOR 10 DAY EXTENSION OF TIME TO FILE APPELLEE'S PRINCIPAL BRIEF**

---

| | |
|---|---|
| Daniel T. Ellis      (0038555) | Adam W. Loukx, Director of Law (0062158) |
| LYDY & MOAN, Ltd. | John T. Madigan, Senior Attorney (0023614) |
| 4930 N. Holland-Sylvania Rd. | City of Toledo Department of Law |
| Sylvania, OH  43560 | One Government Center, Suite 2250 |
| Telephone:  (419) 882-7100 | Toledo, Ohio 43604 |
| Facsimile:   (419) 882-7201 | Telephone: (419) 245-1090 |
| Email:  dellis@lydymoan.com | Fax: (419) 245-1090 |
| | |
| Counsel for Plaintiff-Appellee, Shawn Northrup | Counsel for Defendants-Appellants |

Plaintiff-Appellee, Shawn Northrup, by its undersigned counsel, moves this Court for an order granting him an additional 10 days to file Appellee's Principal Brief. Appellee's counsel have been diligently working towards completing Appellee's Principal Brief, however it has become apparent that additional time will be necessary to complete and file the Brief. Appellee requests that it be granted an extension up to and including February 20, 2015 in which to file Appellee's Principal Brief. No party will be prejudiced by granting a 10 day extension and it is not interposed for purposes of delay.

Respectfully submitted,

/s/ Daniel T. Ellis
Daniel T. Ellis            (0038555)
*Lead Counsel*
LYDY & MOAN, Ltd.
4930 N. Holland-Sylvania Rd.
Sylvania, OH  43560
Telephone:  (419) 882-7100
Facsimile:  (419) 882-7201
Email:  dellis@lydymoan.com

Counsel for Plaintiff-Appellee

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion for Extension of Time has been served upon the following parties via the Court's electronic filing system, this 9th day of February, 2015:

Adam W. Loukx, Director of Law (0062158)
John T. Madigan, Senior Attorney (0023614)
City of Toledo Department of Law
One Government Center, Suite 2250
Toledo, Ohio 43604
Telephone: (419) 245-1090
Fax: (419) 245-1090

Counsel for Defendants-Appellants

Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

                                                                    By:   /s/ Daniel T. Ellis
                                                                           Daniel T. Ellis