## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## SHAWN NORTHRUP

### Plaintiff-Appellee

### v.

## CITY OF TOLEDO POLICE DIVISION,et al.

### Defendant-Appellants

## On Appeal from the United States District Court
## For the Northern District of Ohio,
## Western Division

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF

| | |
|---|---|
| **Daniel T. Ellis, Esq. (0038555)** | **Adam W. Loukx, Director of Law (0062158)** |
| **Lydy & Moan, Ltd.** | **John T. Madigan, Senior Attorney (0023614)** |
| **4930 N. Holland-Sylvania Rd.** | **City of Toledo Department of Law** |
| **Sylvania, Ohio 43560** | **One Government Center, Suite 2250** |
| **Telephone: (419) 882-7100** | **Toledo, Ohio 43604** |
| **Fax: (419) 882-7201** | **Telephone: (419) 245-1020** |
| | **Fax: (419) 245-1090** |
| **Counsel for Appellee** | **john.madigan@toledo.oh.gov** |
| | |
| | **Counsel for Appellants** |

Defendant-Appellants' Officer David Bright and Sergeant Daniel Ray move this court for an order granting them until March 13, 2015 to file Defendant-Appellants' reply brief. Appellants' counsel has been forced by scheduling orders from another court to file two appellate reply briefs within one week. Counsel has only been able to begin work on this brief on March 2, 2015. This request is not being made for purposes of delay and no party will be prejudiced by granting an extension until March 13, 2015.

Respectfully submitted,

Adam W. Loukx, Director of Law

/s/John T. Madigan, Senior Attorney
Counsel for Defendant-Appellants

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of March, 2015, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system to serve all counsel of record.

/s/ John T. Madigan, Senior Attorney