# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 17, 2015

**Notice**

Mr. Daniel T. Ellis

Mr. Adam Wade Loukx

Mr. John Thomas Madigan

      Re: No. 14-4050
          *Shawn Northrup v. City of Toledo Police Dept, et al*

Dear Counsel,

  The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **April 29, 2015**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

                      Sincerely yours,

                      s/Diane T. Sievering
                      Calendar Deputy