UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 13, 2015

Mr. Daniel T. Ellis
Lydy & Moan
4930 Holland Sylvania Road
Sylvania, OH 43560

Mr. Adam Wade Loukx
Mr. John Thomas Madigan
City of Toledo
One Government Center
Toledo, OH 43604

Re: Case No. 14-4050, *Shawn Northrup v. City of Toledo Police Dep't, et al*
Originating Case No. : 3:12-cv-01544

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Deborah S. Hunt, Clerk

Cathryn Lovely
Deputy Clerk

cc: Geri M. Smith

Enclosures

Mandate to issue.