UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 14-4050

SHAWN NORTHRUP,

    Plaintiff - Appellee,

v.

CITY OF TOLEDO POLICE DEPARTMENT;
DAVID R. BRIGHT; DANIEL RAY,

    Defendants - Appellants.

>  FILED
>  May 13, 2015
>  DEBORAH S. HUNT, Clerk

Before: GILMAN, ROGERS, and SUTTON, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Northern District of Ohio at Toledo.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED IN PART, REVERSED IN PART, and REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

_/s/ Deborah S. Hunt_

Deborah S. Hunt, Clerk