# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 04, 2015

Geri M. Smith
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113-1830

          Re: Case No. 14-4050, *Shawn Northrup v. City of Toledo Police Dept, et al*
              Originating Case No. : 3:12-cv-01544

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                            Sincerely yours,

                            s/Amy E. Gigliotti
                            Case Manager
                            Direct Dial No. 513-564-7012

cc: Mr. Daniel T. Ellis
    Mr. Adam Wade Loukx
    Mr. John Thomas Madigan

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 14-4050
_____

Filed: June 04, 2015

SHAWN NORTHRUP

    Plaintiff - Appellee

v.

CITY OF TOLEDO POLICE DEPARTMENT; DAVID R. BRIGHT; DANIEL RAY

    Defendants - Appellants

and

DONALD COMES

    Defendant

## MANDATE

Pursuant to the court's disposition that was filed 05/13/2015 the mandate for this case hereby issues today.

COSTS: None